U.S. District Court
Wuilmington

Re: 07-68  Snyder v. Swanson et al

Good Morning:

Kindly authenticate the attached summons.

Enclosed is prepaid envelope for return.\

Thank you.        Richard Snyder
                  P.O. Box 374
                  Davidsonville, MD 21035        mail address





U.S District Court
844 King St.
Wilmington, DE
19801

D2-6S