OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 27th, *2007*

*Richard Snyder, Pro Se*
*P.O. Box 374*
*Davidsonville, MD 21035*
*302-227-7882*

*RE: Summons*
    *Civ. No. 07-68 GMS*

*Dear Mr. Snyder:*

*The summons you presented to the Clerk's office for issuance, received on 3/26/07, does not comply to Federal Rule of Civil Procedure 4(a).*

*Rule 4. Summons*

*(a) Form.*

*The summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties,* **be directed to the defendant***, and state the name and address of the plaintiff's attorney or, if unrepresented, of the plaintiff. It shall also state the time within which the defendant must appear and defend, and notify the defendant that failure to do so will result in a judgment by default against the defendant for the relief demanded in the complaint. The court may allow a summons to be amended.*

*Please resubmit your summons in accordance with the Federal Rules of Civil Procedure.*

*Sincerely,*

*/rpg*

*PETER T. DALLEO*
*CLERK*

*cc: The Honorable Gregory M. Sleet*