2 April 2007

U.S. District Court Wilmington

Attn Clerk's Office    Re: 1:07-cv-00068 GMS   (Snyder v. Swanson)

Good Morning:

Kindly file the attached complaint/counter complaint in this file.

Thank you  Richard Snyder





U.S. District Court
844 King ST
Wilmington, DE
19801

07-cv-00068
Box 37H
1035

IN THE CIRCUIT COURT OF MARYLAND
FOR PRINCE GEORGE'S COUNTY

| | | |
|---|---|---|
| Richard Snyder, | * | Case Number_____ |
| Plaintiff | * | |
| v. | * | |
| Carolyn M Swanson, Administrator | * | |
| Of the Estate of George L. Swanson | * | |
| And Robert B. Swanson | * | |
| Defendants | * | |

CAL02-24741

22 OCT '02

07cv 68 GMS

FILED
APR 2 - 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Civil Complaint

(1) Plaintiff files this civil complaint alleging violations incurred with respect to a series of documents in a failed real estate transaction, commencing with an original option agreement, dated 28 February 2000, supplemented by an addendum dated 2 May 2000, supplemented by an addendum dated 1 October 2001, and supplemented by numerous letters, fax, and memorandums with respect to the various actions, considerations and elements surrounding the property central to the issue.

(2) Counts in this complaint are:

    (a) Breach of Contract
    (b) Tortious interference
    (c) Unjust Enrichment
    (d) Waiver of terms of the Agreement
    (e) Excessive Penalty considering the facts and circumstances.
    (f) Violation of terms of the agreement(s).
    (g) Failure to agree to modification of agreement; and/or to convey modification terms to other owners and beneficiaries of seller.

(3) Plaintiff was required to make certain engineering changes to the property prior to any settlement. Plaintiff complied fully and enhanced the value of

1:07-cv 00068

(2)

dants' property, and at considerable expense to plaintiff (in excess of $30,000)

hereupon, after modification discussions, defendant unilaterally abrogated

and modified agreements.

intiff seeks return of deposits plus interest plus return of costs of engineering

at plaintiff's expense on defendant's property, plus damages based upon the

ions alleged above, including punitive damages..

intiff demands trial by jury.

Richard Snyder

3887 Greenmeadow Lane

Davidsonville, MD 21035

nent: Exhibit One: Original Option Contract and various
:ations thereto.

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

RICHARD SNYDER     *

    Plaintiff     *

v.     **Case No: CAL02-24741**

    *

CAROLYN M. SWANSON, et al.     *

    Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CAROLYN M. SWANSON, et al.     *

    Counter-Plaintiffs     *

v.     *

RICHARD SNYDER     *

    Counter-Defendant
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*



## COUNTERCLAIM

Defendants/Counter-Plaintiffs Carolyn M. Swanson, (hereinafter "Mrs. Swanson") Personal Representative of the Estate of George L. Swanson, and Robert B. Swanson (hereinafter "Mr. Swanson" and collectively the "Swansons"), by their attorney, Walter W. Green, file this Counterclaim against Plaintiff/Counter-Defendant Richard Snyder (hereinafter "Snyder"), and for cause state:

### COUNT I
(Breach of Contract)

1.     Defendant/Counter-Plaintiff Mrs. Swanson is a resident of Prince George's County, Maryland. Mrs. Swanson is the Personal Representative of the Estate of George L. Swanson, which is being administered in the Orphan's Court for Prince George's County.

2. Defendant/Counter-Plaintiff Mr. Robert B. Swanson is a resident of the Commonwealth of Virginia and is the brother of the deceased George L. Swanson and is the brother-in-law of Mrs. Swanson.

3. Plaintiff/Counter-Defendant Snyder is a resident of Anne Arundel County, Maryland.

4. On or about February 28, 2000, Counter-Plaintiffs and Defendant entered into a Contract of Sale ("Contract") for the property located at Liber 8188, Folio 521 and recorded among the Land Records of Prince George's County, Maryland, as more fully described as "Crain Highway South, Upper Marlboro, Maryland 20772 on Prince George's County Tax Map 85, Grid C4, Part of Lots 1 and 3 in Bowling Heights Subdivision, more particularly described as approximately 28.92 acres of unimproved land on the West Side of the Southbound lane of US Route 301." A copy of the Contract is attached hereto as Exhibit 1. Snyder placed a deposit on the Contract of Sale in the amount of Twenty Five Thousand Dollars ($25,000.00).

5. According to the terms of the Contract, the date of final ratification by all parties was on or about March 10, 2000. Settlement on the Contract was to occur within six (6) weeks after the final approval of the special exception contemplated in the Contract, or within eighteen (18) months from the date of ratification of the Contract. See Exhibit 1 at ¶ 3.

6. The parties executed an Addendum to the Contract, with an effective date of acceptance of November 2, 2000. A copy of the Addendum is attached hereto as Exhibit 2. The addendum in part states that the "contract is contingent upon Purchaser obtaining at their cost, a higher use approval than the current RA zoning two (2) acre type

2

single family lots within 16 months from the Final Ratification Date of this Contract." The Addendum further states that "settlement is to occur within eighteen (18) months of the Contract acceptance, time is of the essence, unless Contract is terminated due to the above Permits paragraph." The Contract was not terminated due to the Permits paragraph.

7. On or about May 20, 2001, the parties executed a second Addendum to the Contract, whereby the parties agreed to extend settlement by one (1) year. A copy of the second Addendum is attached hereto as Exhibit 3.

8. Pursuant to paragraph 6 of the Contract, Snyder caused certain engineering and architectural data to be prepared for the Property.

9. Paragraph 6 of the Contract provides that "in the event settlement does not occur, Seller shall be entitled to all work done by Purchaser." Paragraph 6 further provides "Notwithstanding any other provision of this Contract, upon any termination of this Contract for any reason, Purchaser shall, at Purchaser's expense and before any return of the Deposit, deliver to Seller all copies of and all ownership rights in any and all Studies which have been commenced or completed, together with evidence that the charges for such Studies have been paid."

10. All conditions precedent had occurred and settlement was scheduled to occur on September 20, 2002, however Snyder proposed to extend the settlement date once again. The Swansons objected to Snyder's request and demanded that settlement occur as scheduled.

11. At all times relevant hereto, the Swansons were ready, willing and able to perform under the terms of the Contract of Sale.

3

12. Snyder breached the agreement by failing to go to settlement on the Property as scheduled.

13. Pursuant to the terms of the Contract, upon Snyder's default and failure to settle on the Property, the deposit is forfeited as damages to the Swansons. See Exhibit 1 at ¶ 3.

14. Pursuant to the terms of the Contract, upon Snyder's default, all engineering and architectural data are the Property of the Swansons, and are required to be delivered to the Swansons with evidence that all charges for said data have been paid. See Exhibit 1 at ¶ 6.

WHEREFORE, Counter-Plaintiffs/Defendants, Mrs. Carolyn M. Swanson, Personal Representative of the Estate of George L. Swanson, and Robert B. Swanson, request this Honorable Court enter judgment against Counter-Defendant/Plaintiff Richard Snyder in the amount of Twenty-Five Thousand Dollars ($25,000.00), and directing Defendant to deliver all copies of and all ownership rights in any and all studies, engineering, or architectural data relating in any way to the Property to Counter-Plaintiffs/Defendants, plus the costs of this action, reasonable attorneys fees and such further relief as the Court deems just.

## COUNT II
(Abuse of Process)

15. Counter-Plaintiffs/Defendants incorporate the allegations contained in Paragraphs 1 through 14 as if fully set forth herein.

07-cv-0068
Box 37f
504,035

U.S. District Court
844 King St
Wilmington, DE
19801

