IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD SNYDER,           )
                                    )
        Plaintiff,         )
                                    )
    v.                   )     Civil Action No. 07-68 GMS
                                    )
                                    )
CAROLYN SWANSON,     )
                                    )
        Defendant.    )

## ORDER

WHEREAS, on February 5, 2007, the plaintiff filed Notice of Removal (the "Notice") from the Circuit Court for Prince George's County, Maryland (the "Maryland Circuit Court") (D.I. 1);

WHEREAS, the Notice states that the plaintiff's case pending in the Maryland Circuit Court is "now five years old," and must be removed to this court in order for the plaintiff to receive a fair trial;

WHEREAS, 28 U.S.C. § 1446(b) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .  If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable;"

WHEREAS, it is settled law that the right to remove a case is vested with a defendant, as 28 U.S.C. § 1441 authorizes removal of "any civil action brought in a State court of which the district

courts of the United States have original jurisdiction . . . *by the defendant or the defendants*. . . .;"[1]

WHEREAS, after having considered the pertinent law, the court concludes that a plaintiff is unable to remove an action and, therefore, the plaintiff's Notice is impermissible; and

WHEREAS, even if the plaintiff could permissibly remove this action, the court further concludes that the plaintiff's Notice is untimely, because it was filed subsequent to the thirty-day removal period set forth in 28 U.S.C. § 1446(b);

IT IS HEREBY ORDERED that:

1.   This case will be remanded to the Circuit Court for Prince George's County, Maryland; and

2.   The Clerk will CLOSE this case.

Dated: April __11__, 2007

UNITED STATES DISTRICT JUDGE

FILED
APR 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] *Conner v. Salzinger*, 457 F.2d 1241, 1243 (3d Cir. 1972) (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 104-05 (1941); *In re Walker*, 375 F.2d 678 (9th Cir. 1967); *Shotkin v. Presbyterian Church Bd. of Pensions*, 23 A.2d 419 (1942), *cert. denied*, 317 U.S. 632).