AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Richard Snyder

V.

Carolyn Swanson et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-68 GMS

*[Stamp: ENTERED / RECEIVED / FILED / LODGED — APR 10 2007 — AT BALTIMORE — CLERK U.S. DISTRICT COURT — DISTRICT OF MARYLAND — DEPUTY]*

TO: (Name and address of Defendant)

Carolyn Swanson
c/o W. Green, Atty.
7309 Baltimore Ave.
College Park, Md 20740

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W W Green
7309 Baltimore Ave
College Park, Md
20740

*[Stamp: RECEIVED APR 13 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]* BD

an answer to the complaint which is served on you with this summons, within ___(20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                 4/3/07

CLERK                                               DATE

*E. Strickler*
(By) DEPUTY CLERK

✤AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/9/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Stephen A. Andersen | Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 7309 Baltimore Avenue, Suite 217, College Park, Maryland 20740. Walter W. Green, Esq., attorney for defendant

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/07
          Date

Stephen A. Andersen
*Signature of Server*

211 Saint Paul Place
Baltimore, Maryland 21202

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

US POSTAGE
049J82024331
$00.390
04/11/2007
Mailed From 21201

neopost

Office of the Clerk
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519